# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| KAILEY CARPENTER, AS ADMINISTRATRIX OF THE ESTATE OF BILLY GENE JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>TOYOTA MOTOR CORPORATION, ET AL.,<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br><br><br><br><br><br><br>CASE NO: 18-1154-STA-egb |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal entered on February 25, 2019, this cause is hereby **DISMISSED with prejudice.**

                                                APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 2/25/2019                     THOMAS M. GOULD
                                         Clerk of Court

                                                 s/Maurice B. BRYSON

                                                 (By) Deputy Clerk